# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MARCELINA ESPIRITU, | Case No.: 4:18-cv-2219 |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| LOANME, INC., | |
| Defendant. | |

Upon consideration of Plaintiff's Motion to Appear Telephonically at the Case Management Conference, and good cause having been shown, it is hereby ORDERED that the Plaintiff's Motion is GRANTED.

Plaintiff's counsel shall be permitted to participate by telephone at the Case Management Conference, which is scheduled for July 17, 2018, at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS ORDERED.**

Dated: May 23, 2018            _____
                                Hon. Haywood S. Gillam, Jr.
                                United States District Judge

- 1 -
**PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**