UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARCELINA ESPIRITU,<br><br>                Plaintiff,<br><br>   v.<br><br>LOANME, INC.,<br><br>                Defendant. | Case No. 4:18-CV-02219-HSG<br><br>**ORDER DISMISSING ACTION PENDING ARBITRATION**<br><br>The Honorable Haywood S. Gilliam, Jr.<br>Complaint Filed: April 13, 2018<br>Trial Date: None Set |

Upon the stipulation of the parties and good cause appearing, it is hereby ordered that this action shall be dismissed without prejudice pending the outcome of the parties' arbitration.

**IT IS SO ORDERED.**

DATED: June 1, 2018

                                                The Honorable Haywood S. Gilliam, Jr.
                                                       United States District Judge