Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

MARCELINA ESPIRITU,

                    Plaintiff,

    v.

LOANME, INC.,

                  Defendant.

Case No. 4:18-CV-02219-HSG

**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

The Honorable Haywood S. Gilliam, Jr.
Complaint Filed: April 13, 2018
Trial Date: None Set

Case No. 4:18-CV-02219-HSG
ORDER DISMISSING ACTION WITH PREJUDICE

**IT IS HEREBY ORDERED** that pursuant to the parties' Stipulation, this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: January 16, 2019

*Haywood S. Gilliam Jr.*

The Honorable Haywood S. Gilliam, Jr.
United States District Judge

DMWEST #36212784 v3

Case No. 4:18-CV-02219-HSG
ORDER DISMISSING ACTION WITH PREJUDICE

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400